UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ENNIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00390-TWP-MJD |
| | ) | |
| BRIAN LEWIS, | ) | |
| CHANNELED RESOURCES GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND GRANTING MOTION TO TRANSFER

This matter is before the Court on Defendant Channeled Resources Group's Motion to Transfer Venue. (Dkt. 23.) On April 7, 2026, the undersigned designated the Magistrate Judge to issue a report and recommendation regarding the disposition of the Motion pursuant to 28 U.S.C. § 636(b)(1)(B).(Dkt. 41). On April 21, 2026 the Magistrate Judge submitted his Report and Recommendation on Defendant Channeled Resources Group's Motion to Transfer Venue, and recommended that the motion be granted and this action transferred to the Northern District of Illinois. (Dkt. 47.) The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.

The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **ADOPTS** it Dkt. [47] in full. Defendant Channeled Resources Group's Motion to Transfer Venue, Dkt. [23], is **GRANTED**. The Clerk is **directed to TRANSFER** this action to the Northern District of Illinois. The remaining pending motions are held in abeyance so that they can be resolved by the transferee court.

IT IS SO ORDERED.

Date:   5/8/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Isaac T. Caverly
Polsinelli PC
icaverly@polsinelli.com

Kathryn M. Cimera
Kathryn Cimera
kcimera@lawmgp.com

Joseph Reel Delehanty
Polsinelli PC
jdelehanty@polsinelli.com

Katie R. Osborne
RILEY BENNETT EGLOFF LLP
kosborne@rbelaw.com

Donald S. Smith
RILEY BENNETT EGLOFF LLP
dsmith@rbelaw.com

Patrick A Ziepolt
Mallor Grodner Plummer LLP
patrick@lawmg.com